UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

360 CONSTRUCTION COMPANY, INC.,

                                  CASE NO. 2:11-CV-12344
          Plaintiff,      JUDGE DAVID M. LAWSON
                                MAGISTRATE JUDGE PAUL J. KOMIVES
v.

ATSALIS BROTHERS PAINTING CO.,
GARRY D. MANOUS,
NICK ATSALAKIS and
ANDREW RICHNER,

          Defendants,
_____/

### ORDER DEEMING RESOLVED PLAINTIFF'S JANUARY 11, 2012 MOTION TO COMPEL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION (Doc. Ent. 29)

On January 11, 2012, plaintiff filed a motion to compel responses to its second set of interrogatories and requests for production, whereby it requested that "defendants be ordered to serve responses to plaintiff's second set of interrogatories and requests to produce within ten days." Doc. Ent. 29 at 6. Among the attachments to this motion is a copy of plaintiff's October 31, 2011 discovery requests. Doc. Ent. 29-2.[1]

On March 27, 2012, attorneys Mark F. Kruse (OH) and Douglas E. Kuthy appeared on plaintiff's behalf. Attorney Stephanie I. Marino Anderson appeared on behalf of defendants. Plaintiff's counsel informed the Court that defendants served a response to the subject discovery request on March 26, 2012.

---

[1] Judge Lawson referred this motion to me for hearing and determination. Doc. Ent. 30.

Accordingly, plaintiff's January 11, 2012 motion to compel responses to plaintiff's second set of interrogatories and requests for production (Doc. Ent. 29) is DEEMED RESOLVED.

**IT IS SO ORDERED**.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

Dated: March 28, 2012              s/Paul J. Komives
                                              PAUL J. KOMIVES
                                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the forgoing document was sent to parties of record on March 28,2012 by electronic and/or U.S. mail.

                                              s/Michael Williams
                                              Relief Case Manager for the Honorable
                                              Paul J. Komives